ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, PABLO JOSE ORELLANA-ORELLANA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00330 AWI |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| PABLO JOSE ORELLANA-ORELLANA | |
| Defendant. | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference in the instant action, currently calendared for January 17, 2012 at 9:00 a.m. in the courtroom of the Hon. Anthony W. Ishii, be continued until February 13, 2012 at 9:00 a.m. before Judge Ishii.

The basis of the continuance is defense counsel's inability to meet with his client, who is being housed at Lerdo, until January 18, 2012. Thereafter, personal and professional commitments of counsel in this action are such that both counsel are not available on the same date until February 13, 2012.

It is agreed that time be excluded under the Speedy Trial Act due to defense counsel's lack of access to his client, defense counsel's obligation to report for jury duty on January 23, 2012 as well as counsel's calendar conflicts on January 30 and February 6, 2012.

///

///

1

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(A).

DATED:  January 11, 2012          /s/ Ian Garriques
                                  IAN GARRIQUES
                                  Assistant United States Attorney
                                  **This was agreed to by Mr. Garriques via email on January 11, 2012**

DATED:  January 11, 2012          /s/ Roger K. Litman
                                  ROGER K. LITMAN
                                  Attorney for Defendant
                                  PABLO JOSE ORELLANA-ORELLANA

**IT IS SO ORDERED.**

Dated: January 13, 2012           _____
                                  CHIEF UNITED STATES DISTRICT JUDGE

2